IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KENNETH P. ROBENAULT | : | BANKRUPTCY NO. 18-16451 |
| DONNA M. ROBENAULT, | : | |
| | : | |
| | : | |
| Debtors | : | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Betsy Lavelle, Paralegal to Stephen J. Palopoli III, Esquire hereby certify that a true and correct copy of Debtors' Second Amended Plan was served via first class mail on March 6, 2019 or ECF Filing on March 4, 2019 to the following:

United States Trustee:
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Scott Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Reading, PA 19606

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Wells Fargo Bank
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

PNC Bank NA
PO Box 94982
Cleveland, OH 44101

5 Star Bank/Wyoming
2851 Clover Street
Pittsford, NY 14534-1711

Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

Kenneth P. Robenault
Donna M. Robenault
4682 Pine Dr.
Nazareth, PA 18064-8515

March 6, 2019                                     _____
                                                      Betsy Lavelle