## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Donna M. Robenault<br>　　　　Kenneth P. Robenault | |
| 　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| | |
| PNC BANK NATIONAL  ASSOCIATION, its<br>successors and/or assigns | |
| 　　　　　　　　　　Movant | |
| 　　　　vs. | NO. 18-16451 REF |
| | |
| Donna M. Robenault<br>Kenneth P. Robenault | |
| 　　　　　　　　　　Debtor(s) | |
| | |
| Scott Waterman | |
| 　　　　　　　　　　Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PNC BANK NATIONAL  ASSOCIATION, which was filed with the Court on or about **February 26, 2019, Docket Number 27**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
　　Rebecca A. Solarz, Esquire
　　KML Law Group, P.C.
　　BNY Mellon Independence Center
　　701 Market Street, Suite 5000
　　Philadelphia, PA  19106
　　215-627-1322
　　Attorney for Movant/Applicant

March 14, 2019