United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-16451-amc
Kenneth P. Robenault                                            Chapter 13
Donna M. Robenault
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: BarbaraS              Page 1 of 3           Date Rcvd: Jun 04, 2019
                              Form ID: 167                Total Noticed: 60
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
```
db/jdb         +Kenneth P. Robenault,    Donna M. Robenault,    1685 Deer Path Road,    Easton, PA 18040-8167
cr             +PNC BANK NATIONAL ASSOCIATION,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14204767        5 Star Bank/Wyoming,    2851 Clover St,    Pittsford, NY 14534-1711
14204768        5 Star Bank/Wyoming County,    2851 Clover St,    Pittsford, NY 14534-1711
14204769       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance,     201 Little Falls Dr,
                  Wilmington, DE 19808-1674)
14204771       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX  79998-2238)
14222889       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14204773        Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14235982        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14241752       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14204776        Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14204777        Chase/Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
14204778        CitiBank NA,    PO Box 6181,    Sioux Falls, SD 57117-6181
14204779        Citicards CBNA,    PO Box 6241,    Sioux Falls, SD 57117-6241
14204787        DSNB/MACYS,    PO Box 8218,    Mason, OH 45040-8218
14262540       +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14204789        Keystone Collections Group,    PO Box 499,    Irwin, PA 15642-0499
14204790        Kia Motor Finance,    10550 Talbert Ave,    Fountain Valley, CA 92708-6031
14204793        Lending Club Corporation,    21 Stevenson St Ste 300,    San Francisco, CA 94105-2706
14204794        May M. Robenault,    261 Sunset Ave,    Old Bridge, NJ 08857-1128
14204797        PNC Bank Mortgage Service,    PO Box 8703,    Dayton, OH 45401-8703
14242639       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14204796        Patenaude & Feliz, APC,    4545 Murphy Canyon Rd Fl 3,    San Diego, CA 92123-4363
14204798        Radius Global Solutions,    PO Box 390905,    Minneapolis, MN 55439-0905
14204799        Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
14204800        Shell/Citibank CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14204808        TD Bank USA/Target Credit,    NCD-0240,    PO Box 1470,    Minneapolis, MN 55440-1470
14204809        The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
14227659        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
14204810        Wells Fargo Home Mortgag,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14209606        E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 05 2019 03:03:29
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
14204774        E-mail/Text: cms-bk@cms-collect.com Jun 05 2019 03:02:44     Capital Management Services, LP,
                 698 1/2 S Ogden St,    Buffalo, NY 14206-2317
14216222        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2019 03:07:28
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14204775        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2019 03:07:06
                 Capital One Bank USA, NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
14204780        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:48
                 Comenity Bank - Victoria's Secret,    Bankruptcy Dept.,    PO Box 182789,
                 Columbus, OH 43218-2789
14204781        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:48     Comenity Bank/Kay Jewelers,
                 PO Box 182789,    Columbus, OH 43218-2789
14204782        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:48     Comenity Bank/NWYRK&CO,
                 PO Box 182789,    Columbus, OH 43218-2789
14204783        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:48     Comenity Capital Bank/The,
                 PO Box 182120,    Columbus, OH 43218-2120
14204784        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:48     Comenity Capital Bank/Zale,
                 PO Box 182120,    Columbus, OH 43218-2120
14204785        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2019 03:02:49     Comenity Capital/Boscov,
                 PO Box 182120,    Columbus, OH 43218-2120
14204786        E-mail/Text: mrdiscen@discover.com Jun 05 2019 03:02:31     Discover Financial Service,
                 PO Box 15316,    Wilmington, DE 19850-5316
14210025        E-mail/Text: mrdiscen@discover.com Jun 05 2019 03:02:31     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14204788        E-mail/Text: cio.bncmail@irs.gov Jun 05 2019 03:02:39     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14204791        E-mail/Text: bncnotices@becket-lee.com Jun 05 2019 03:02:35     Kohl's Department Store,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14204792        E-mail/Text: bncnotices@becket-lee.com Jun 05 2019 03:02:35     Kohl's/CapOne,    PO Box 3115,
                 Milwaukee, WI 53201-3115
14238067        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2019 03:07:34     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14204795        E-mail/PDF: cbp@onemainfinancial.com Jun 05 2019 03:06:58     One Main,    PO Box 1010,
                 Evansville, IN 47706-1010
```

```
District/off: 0313-4          User: BarbaraS              Page 2 of 3                   Date Rcvd: Jun 04, 2019
                              Form ID: 167                Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14231640       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:28:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14205471      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:07:31
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14240864       E-mail/Text: bnc-quantum@quantum3group.com Jun 05 2019 03:02:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14240865       E-mail/Text: bnc-quantum@quantum3group.com Jun 05 2019 03:02:56
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
14204801       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:03      SYNCB/Amazon,    PO Box 965015,
                 Orlando, FL 32896-5015
14204802       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:01      SYNCB/American Eagle DC,
                 PO Box 965005,    Orlando, FL 32896-5005
14204803       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:01      SYNCB/GAPDC,    PO Box 965005,
                 Orlando, FL 32896-5005
14204804       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:01      SYNCB/JC Penney DC,
                 PO Box 965007,    Orlando, FL 32896-5007
14204805       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:01      SYNCB/Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
14204806       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:01      SYNCB/Sams Club,    PO Box 965005,
                 Orlando, FL 32896-5005
14204807       E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:06:43      SYNCB/ToysRUS DC,    PO Box 965001,
                 Orlando, FL 32896-5001
14241928      +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:01      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14237449      +E-mail/Text: bncmail@w-legal.com Jun 05 2019 03:03:29      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 30

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14204770*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance Corp.,     201 Little Falls Dr,
                 Wilmington, DE 19808-1674)
14204772*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998-2238)
14235986*      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              STEPHEN J. PALOPOLI, III    on behalf of Joint Debtor Donna M. Robenault s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              STEPHEN J. PALOPOLI, III    on behalf of Debtor Kenneth P. Robenault s.palopoli@verizon.net,
               betsylavelle@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-4          User: BarbaraS              Page 3 of 3                  Date Rcvd: Jun 04, 2019
                              Form ID: 167                Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com

                                                          TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kenneth P. Robenault and
Donna M. Robenault
      Debtor(s)                                  Case No: 18−16451−amc
                                                 Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing rescheduled re Motion to Dismiss Case; feasibility Filed by SCOTT WATERMAN.

\*\*Hearing scheduled from 6/13/19, 9:00 AM to 7/11/2019 at 10:00 AM.\*\*

    on: 7/11/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/4/19

Timothy B. McGrath
Clerk of Court

39 − 25
Form 167