United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kenneth P. Robenault
Donna M. Robenault
    Debtors

Case No. 18-16451-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Sep 05, 2019
                      Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
db/jdb       +Kenneth P. Robenault,   Donna M. Robenault,   1685 Deer Path Road,   Easton, PA 18040-8167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:
          JEROME B. BLANK   on behalf of Creditor   WELLS FARGO BANK, N.A. paeb@fedphe.com
          MARK C. VAN HORN   on behalf of Creditor May M. Robenault mark@mvanhornlaw.com,
           sabrina@mvanhornlaw.com;vanhornmr80883@notify.bestcase.com
          REBECCA ANN SOLARZ   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION
           bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          STEPHEN J. PALOPOLI, III   on behalf of Debtor Kenneth P. Robenault s.palopoli@verizon.net,
           betsylavelle@yahoo.com
          STEPHEN J. PALOPOLI, III   on behalf of Joint Debtor Donna M. Robenault s.palopoli@verizon.net,
           betsylavelle@yahoo.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                                                           TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kenneth P. Robenault and Donna M. Robenault

      Debtor(s)    Chapter: 13
                  Bankruptcy No: 18−16451−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this September 5, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Ashely M. Chan
                                          Judge ,
                                          United States Bankruptcy Court

                                                                          46
                                                                    Form 155