| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-16451-PMM

KENNETH P ROBENAULT
DONNA M ROBENAULT
1685 DEER PATH ROAD
EASTON  PA    18040

Petition Filed Date: 09/27/2018
341 Hearing Date: 11/27/2018
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $2,594.75 | | 02/05/2019 | $2,594.75 | | 03/05/2019 | $2,594.75 | |
| 04/04/2019 | $2,594.75 | | 05/06/2019 | $2,576.10 | | 06/04/2019 | $2,576.10 | |
| 07/22/2019 | $2,576.10 | | 08/07/2019 | $2,576.10 | | 10/04/2019 | $2,652.77 | |
| 11/04/2019 | $2,652.77 | | 11/25/2019 | $2,652.00 | | 12/26/2019 | $2,652.00 | |
| 01/28/2020 | $2,652.00 | | 02/25/2020 | $2,652.00 | | 03/25/2020 | $2,652.00 | |
| 04/27/2020 | $2,652.00 | | 05/26/2020 | $2,652.00 | | 06/25/2020 | $2,652.00 | |
| 07/30/2020 | $2,652.00 | | | | | | | |

**Total Receipts for the Period: $49,856.94    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $57,641.19**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $3,341.52 | $801.09 | $2,540.43 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $13,789.58 | $3,305.90 | $10,483.68 |
| 10 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $2,183.49 | $523.45 | $1,660.04 |
| 11 | BECKET & LEE, LLP<br>»» 011 | Unsecured Creditors | $1,661.39 | $398.28 | $1,263.11 |
| 16 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $1,432.01 | $343.30 | $1,088.71 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 017 | Unsecured Creditors | $1,083.40 | $259.71 | $823.69 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 018 | Unsecured Creditors | $1,097.16 | $263.02 | $834.14 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $2,857.92 | $685.15 | $2,172.77 |
| 20 | QUANTUM3 GROUP LLC as agent for<br>»» 020 | Unsecured Creditors | $2,633.44 | $631.33 | $2,002.11 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,779.01 | $1,864.93 | $5,914.08 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $7,184.35 | $1,722.36 | $5,461.99 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $15,435.25 | $15,435.25 | $0.00 |

Chapter 13 Case No. 18-16451-PMM

| | | | | | |
|---|---|---|---|---|---|
| 5 | UNITED STATES TREASURY (IRS) <br> »» 05U | Unsecured Creditors | $4,163.71 | $998.20 | $3,165.51 |
| 21 | CHASE BANK USA NA <br> »» 021 | Unsecured Creditors | $9,217.71 | $2,209.85 | $7,007.86 |
| 27 | KEYSTONE COLLECTIONS GROUP <br> »» 27P | Priority Crediors | $920.92 | $920.92 | $0.00 |
| 27 | KEYSTONE COLLECTIONS GROUP <br> »» 27U | Unsecured Creditors | $79.78 | $16.05 | $63.73 |
| 28 | KEYSTONE COLLECTIONS GROUP <br> »» 28P | Priority Crediors | $920.92 | $920.92 | $0.00 |
| 28 | KEYSTONE COLLECTIONS GROUP <br> »» 28U | Unsecured Creditors | $79.78 | $16.05 | $63.73 |
| 25 | KEYSTONE COLLECTIONS GROUP <br> »» 025 | Priority Crediors | $1,137.59 | $1,137.59 | $0.00 |
| 26 | KEYSTONE COLLECTIONS GROUP <br> »» 026 | Priority Crediors | $1,137.41 | $1,137.41 | $0.00 |
| 0 | KEYSTONE COLLECTIONS GROUP | Unsecured Creditors | $920.92 | $220.79 | $700.13 |
| 14 | LVNV FUNDING LLC <br> »» 014 | Unsecured Creditors | $10,283.99 | $2,465.47 | $7,818.52 |
| 15 | LVNV FUNDING LLC <br> »» 015 | Unsecured Creditors | $3,720.26 | $891.90 | $2,828.36 |
| 24 | PNC BANK <br> »» 024 | Mortgage Arrears | $645.69 | $645.69 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 023 | Unsecured Creditors | $14,458.09 | $3,466.17 | $10,991.92 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 012 | Unsecured Creditors | $3,586.08 | $859.71 | $2,726.37 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 008 | Unsecured Creditors | $11,257.26 | $2,698.80 | $8,558.46 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 009 | Unsecured Creditors | $5,254.02 | $1,259.59 | $3,994.43 |
| 22 | SYNCHRONY BANK <br> »» 022 | Unsecured Creditors | $9,706.93 | $2,327.14 | $7,379.79 |
| 13 | TD BANK USA NA <br> »» 013 | Unsecured Creditors | $5,421.05 | $1,299.65 | $4,121.40 |
| 7 | WELLS FARGO BANK NA <br> »» 007 | Mortgage Arrears | $435.70 | $435.70 | $0.00 |
| 29 | STEPHEN J PALOPOLI III ESQ <br> »» 029 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $57,641.19 | Current Monthly Payment: | $2,652.77 |
| Paid to Claims: | $50,161.37 | Arrearages: | $160.27 |
| Paid to Trustee: | $5,086.82 | Total Plan Base: | $158,606.72 |
| Funds on Hand: | $2,393.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.