| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-16451-PMM**

KENNETH P ROBENAULT
DONNA M ROBENAULT
1685 DEER PATH ROAD
EASTON PA 18040

Petition Filed Date: 09/27/2018
341 Hearing Date: 11/27/2018
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $2,652.00 | | 02/25/2020 | $2,652.00 | | 03/25/2020 | $2,652.00 | |
| 04/27/2020 | $2,652.00 | | 05/26/2020 | $2,652.00 | | 06/25/2020 | $2,652.00 | |
| 07/30/2020 | $2,652.00 | | 08/31/2020 | $2,652.00 | | 09/30/2020 | $2,652.00 | |
| 10/30/2020 | $2,652.00 | | 12/04/2020 | $2,652.00 | | 01/05/2021 | $2,652.00 | |
| 02/03/2021 | $2,652.00 | | 03/08/2021 | $2,652.00 | | 04/05/2021 | $2,652.00 | |
| 05/04/2021 | $2,652.00 | | 06/04/2021 | $2,652.00 | | | | |

**Total Receipts for the Period: $45,084.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $84,161.19**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $3,341.52 | $1,461.45 | $1,880.07 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $13,789.58 | $6,030.99 | $7,758.59 |
| 10 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $2,183.49 | $954.94 | $1,228.55 |
| 11 | BECKET & LEE, LLP<br>»» 011 | Unsecured Creditors | $1,661.39 | $726.60 | $934.79 |
| 16 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $1,432.01 | $626.29 | $805.72 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 017 | Unsecured Creditors | $1,083.40 | $473.81 | $609.59 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 018 | Unsecured Creditors | $1,097.16 | $479.87 | $617.29 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $2,857.92 | $1,249.95 | $1,607.97 |
| 20 | QUANTUM3 GROUP LLC as agent for<br>»» 020 | Unsecured Creditors | $2,633.44 | $1,151.73 | $1,481.71 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,779.01 | $3,402.22 | $4,376.79 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $7,184.35 | $3,142.10 | $4,042.25 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $15,435.25 | $15,435.25 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $4,163.71 | $1,821.04 | $2,342.67 |

| | | | | | |
|---|---|---|---|---|---|
| 21 | CHASE BANK USA NA<br>»» 021 | Unsecured Creditors | $9,217.71 | $4,031.45 | $5,186.26 |
| 27 | KEYSTONE COLLECTIONS GROUP<br>»» 27P | Priority Crediors | $920.92 | $920.92 | $0.00 |
| 27 | KEYSTONE COLLECTIONS GROUP<br>»» 27U | Unsecured Creditors | $79.78 | $31.79 | $47.99 |
| 28 | KEYSTONE COLLECTIONS GROUP<br>»» 28P | Priority Crediors | $920.92 | $920.92 | $0.00 |
| 28 | KEYSTONE COLLECTIONS GROUP<br>»» 28U | Unsecured Creditors | $79.78 | $31.79 | $47.99 |
| 25 | KEYSTONE COLLECTIONS GROUP<br>»» 025 | Priority Crediors | $1,137.59 | $1,137.59 | $0.00 |
| 26 | KEYSTONE COLLECTIONS GROUP<br>»» 026 | Priority Crediors | $1,137.41 | $1,137.41 | $0.00 |
| 0 | KEYSTONE COLLECTIONS GROUP | Unsecured Creditors | $920.92 | $402.79 | $518.13 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $10,283.99 | $4,497.80 | $5,786.19 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $3,720.26 | $1,627.10 | $2,093.16 |
| 24 | PNC BANK<br>»» 024 | Mortgage Arrears | $645.69 | $645.69 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $14,458.09 | $6,323.36 | $8,134.73 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $3,586.08 | $1,568.39 | $2,017.69 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $11,257.26 | $4,923.43 | $6,333.83 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $5,254.02 | $2,297.90 | $2,956.12 |
| 22 | SYNCHRONY BANK<br>»» 022 | Unsecured Creditors | $9,706.93 | $4,245.41 | $5,461.52 |
| 13 | TD BANK USA NA<br>»» 013 | Unsecured Creditors | $5,421.05 | $2,370.95 | $3,050.10 |
| 7 | WELLS FARGO BANK NA<br>»» 007 | Mortgage Arrears | $435.70 | $435.70 | $0.00 |
| 29 | STEPHEN J PALOPOLI III ESQ<br>»» 029 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $84,161.19 | Current Monthly Payment: | $2,652.77 |
| Paid to Claims: | $74,506.63 | Arrearages: | $167.97 |
| Paid to Trustee: | $7,261.45 | Total Plan Base: | $158,606.72 |
| Funds on Hand: | $2,393.11 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.