Certificate Number: 01401-PAE-DE-035756339

Bankruptcy Case Number: 18-16451



01401-PAE-DE-035756339

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2021, at 3:13 o'clock PM EDT, Kenneth P Robenault completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 14, 2021              By:    /s/Jeremy_Lark

Name:  Jeremy_Lark

Title:   FCC Manager