Certificate Number: 01401-PAE-DE-035771877

Bankruptcy Case Number: 18-16451



01401-PAE-DE-035771877

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 20, 2021, at 11:41 o'clock AM EDT, Donna M Robenault completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 20, 2021               By:    /s/Jeremy_Lark

                                   Name:  Jeremy_Lark

                                   Title: FCC Manager