| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Reading) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br>Kenneth P. Robenault<br>Donna M. Robenault | Case Number:<br>4:2018-bk-16451 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br>Prior notice address:<br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | ＿ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number:  7006  UCID: WFCMGF1816451PAE80857006 | | ＿ Check this box if the account number has changed. |
| 2.   Court Claim Number:  7 | | |

3.   **Signature:**

 **Check the appropriate box.**
   X   I am the creditor.
   I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)
   I am the trustee, or the debtor.
   I am a guarantor, surety, endorser, or other codebtor.

By:   /s/ Karen Sue Branas              Date:  01/20/2022
         VP Loan Documentation

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

**IN RE:**                                                    CASE NO.:    18-16451

**Kenneth P. Robenault**                                      CHAPTER:    13

**Donna M. Robenault**

      Debtor(s).

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                        Kenneth P. Robenault
                                        1685 Deer Path Road
                                        Easton, PA 18040

                                   *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                        Donna M. Robenault
                                        1685 Deer Path Road
                                        Easton, PA 18040


*Debtor's Attorney:*                *By CM / ECF Filing:*

                                        STEPHEN J. PALOPOLI, III
                                        1125 S. Cedar Crest Blvd., Suite 205
                                        Allentown, PA 18103


*Trustee:*                          *By CM / ECF Filing:*

| | |
|---|---|
| *Trustee:* | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)