| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 18-16451-PMM

KENNETH P ROBENAULT
DONNA M ROBENAULT
1685 DEER PATH ROAD
EASTON  PA  18040

Petition Filed Date: 09/27/2018
341 Hearing Date: 11/27/2018
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $2,652.00 | | 05/04/2021 | $2,652.00 | | 06/04/2021 | $2,652.00 | |
| 07/06/2021 | $2,652.00 | | 08/03/2021 | $2,652.00 | | 09/07/2021 | $2,652.00 | |
| 10/04/2021 | $2,652.00 | | 11/03/2021 | $2,652.00 | | 12/06/2021 | $2,652.00 | |
| 01/03/2022 | $2,652.00 | | 02/03/2022 | $2,652.00 | | 03/07/2022 | $2,652.00 | |
| 04/04/2022 | $2,652.00 | | 05/06/2022 | $2,652.00 | | 06/07/2022 | $2,652.00 | |
| 07/07/2022 | $2,652.00 | | | | | | | |

**Total Receipts for the Period: $42,432.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $118,637.19**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $3,341.52 | $2,382.21 | $959.31 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $13,789.58 | $9,830.69 | $3,958.89 |
| 10 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $2,183.49 | $1,556.61 | $626.88 |
| 11 | BECKET & LEE, LLP<br>»» 011 | Unsecured Creditors | $1,661.39 | $1,184.40 | $476.99 |
| 16 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $1,432.01 | $1,020.87 | $411.14 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 017 | Unsecured Creditors | $1,083.40 | $772.37 | $311.03 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 018 | Unsecured Creditors | $1,097.16 | $782.21 | $314.95 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $2,857.92 | $2,037.43 | $820.49 |
| 20 | QUANTUM3 GROUP LLC as agent for<br>»» 020 | Unsecured Creditors | $2,633.44 | $1,877.39 | $756.05 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,779.01 | $5,545.70 | $2,233.31 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $7,184.35 | $5,121.76 | $2,062.59 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $15,435.25 | $15,435.25 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $4,163.71 | $2,968.32 | $1,195.39 |

| | | | | | |
|---|---|---|---|---|---|
| 21 | CHASE BANK USA NA »» 021 | Unsecured Creditors | $9,217.71 | $6,571.38 | $2,646.33 |
| 27 | KEYSTONE COLLECTIONS GROUP »» 27P | Priority Crediors | $920.92 | $920.92 | $0.00 |
| 27 | KEYSTONE COLLECTIONS GROUP »» 27U | Unsecured Creditors | $79.78 | $47.41 | $32.37 |
| 28 | KEYSTONE COLLECTIONS GROUP »» 28P | Priority Crediors | $920.92 | $920.92 | $0.00 |
| 28 | KEYSTONE COLLECTIONS GROUP »» 28U | Unsecured Creditors | $79.78 | $47.41 | $32.37 |
| 25 | KEYSTONE COLLECTIONS GROUP »» 025 | Priority Crediors | $1,137.59 | $1,137.59 | $0.00 |
| 26 | KEYSTONE COLLECTIONS GROUP »» 026 | Priority Crediors | $1,137.41 | $1,137.41 | $0.00 |
| 0 | KEYSTONE COLLECTIONS GROUP | Unsecured Creditors | $920.92 | $656.55 | $264.37 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $10,283.99 | $7,331.54 | $2,952.45 |
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $3,720.26 | $2,652.22 | $1,068.04 |
| 24 | PNC BANK »» 024 | Mortgage Arrears | $645.69 | $645.69 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $14,458.09 | $10,307.27 | $4,150.82 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $3,586.08 | $2,556.51 | $1,029.57 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $11,257.26 | $8,025.35 | $3,231.91 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $5,254.02 | $3,745.63 | $1,508.39 |
| 22 | SYNCHRONY BANK »» 022 | Unsecured Creditors | $9,706.93 | $6,920.15 | $2,786.78 |
| 13 | TD BANK USA NA »» 013 | Unsecured Creditors | $5,421.05 | $3,864.70 | $1,556.35 |
| 7 | WELLS FARGO BANK NA »» 007 | Mortgage Arrears | $435.70 | $435.70 | $0.00 |
| 29 | STEPHEN J PALOPOLI III ESQ »» 029 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $118,637.19 | Current Monthly Payment: | $2,652.77 |
| Paid to Claims: | $108,439.56 | Arrearages: | $2,830.75 |
| Paid to Trustee: | $10,178.65 | Total Plan Base: | $158,606.72 |
| Funds on Hand: | $18.98 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.