Document      Page 1 of 2

| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-16451-PMM

KENNETH P ROBENAULT  
DONNA M ROBENAULT  
1685 DEER PATH ROAD  
EASTON  PA    18040

Petition Filed Date: 09/27/2018  
341 Hearing Date: 11/27/2018  
Confirmation Date: 09/05/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $2,652.00 | | 09/06/2022 | $2,652.00 | | 10/06/2022 | $2,652.00 | |
| 11/07/2022 | $2,652.00 | | 12/07/2022 | $2,652.00 | | 01/06/2023 | $2,652.00 | |
| 02/06/2023 | $2,652.00 | | 03/07/2023 | $2,652.00 | | 04/05/2023 | $2,652.00 | |
| 05/08/2023 | $2,652.00 | | 06/06/2023 | $2,652.00 | | 07/07/2023 | $2,652.00 | |

**Total Receipts for the Period: $31,824.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $153,113.19**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $3,341.52 | $3,173.47 | $168.05 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $13,789.58 | $13,096.05 | $693.53 |
| 10 | CAPITAL ONE NA<br>»» 010 | Unsecured Creditors | $2,183.49 | $2,073.67 | $109.82 |
| 11 | CAPITAL ONE NA<br>»» 011 | Unsecured Creditors | $1,661.39 | $1,577.84 | $83.55 |
| 16 | QUANTUM3 GROUP LLC as agent for<br>»» 016 | Unsecured Creditors | $1,432.01 | $1,359.98 | $72.03 |
| 17 | QUANTUM3 GROUP LLC as agent for<br>»» 017 | Unsecured Creditors | $1,083.40 | $1,028.91 | $54.49 |
| 18 | QUANTUM3 GROUP LLC as agent for<br>»» 018 | Unsecured Creditors | $1,097.16 | $1,041.99 | $55.17 |
| 19 | QUANTUM3 GROUP LLC as agent for<br>»» 019 | Unsecured Creditors | $2,857.92 | $2,714.19 | $143.73 |
| 20 | QUANTUM3 GROUP LLC as agent for<br>»» 020 | Unsecured Creditors | $2,633.44 | $2,501.00 | $132.44 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $7,779.01 | $7,387.77 | $391.24 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $7,184.35 | $6,823.02 | $361.33 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $15,435.25 | $15,435.25 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $4,163.71 | $3,954.30 | $209.41 |
| 21 | CHASE BANK USA NA<br>»» 021 | Unsecured Creditors | $9,217.71 | $8,754.12 | $463.59 |

| | | | | | |
|---|---|---|---|---|---|
| 27 | KEYSTONE COLLECTIONS GROUP »» 27P | Priority Crediors | $920.92 | $920.92 | $0.00 |
| 27 | KEYSTONE COLLECTIONS GROUP »» 27U | Unsecured Creditors | $79.78 | $63.21 | $16.57 |
| 28 | KEYSTONE COLLECTIONS GROUP »» 28P | Priority Crediors | $920.92 | $920.92 | $0.00 |
| 28 | KEYSTONE COLLECTIONS GROUP »» 28U | Unsecured Creditors | $79.78 | $63.21 | $16.57 |
| 25 | KEYSTONE COLLECTIONS GROUP »» 025 | Priority Crediors | $1,137.59 | $1,137.59 | $0.00 |
| 26 | KEYSTONE COLLECTIONS GROUP »» 026 | Priority Crediors | $1,137.41 | $1,137.41 | $0.00 |
| 0 | KEYSTONE COLLECTIONS GROUP »» 027 | Unsecured Creditors | $920.92 | $874.62 | $46.30 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $10,283.99 | $9,766.77 | $517.22 |
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $3,720.26 | $3,533.16 | $187.10 |
| 24 | PNC BANK »» 024 | Mortgage Arrears | $645.69 | $645.69 | $0.00 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $14,458.09 | $13,730.94 | $727.15 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $3,586.08 | $3,405.71 | $180.37 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES »» 008 | Unsecured Creditors | $11,257.26 | $10,691.08 | $566.18 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $5,254.02 | $4,989.78 | $264.24 |
| 22 | SYNCHRONY BANK »» 022 | Unsecured Creditors | $9,706.93 | $9,218.74 | $488.19 |
| 13 | TD BANK USA NA »» 013 | Unsecured Creditors | $5,421.05 | $5,148.41 | $272.64 |
| 7 | WELLS FARGO BANK NA »» 007 | Mortgage Arrears | $435.70 | $435.70 | $0.00 |
| 29 | STEPHEN J PALOPOLI III ESQ »» 029 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $153,113.19 | Current Monthly Payment: | $2,652.77 |
| Paid to Claims: | $137,605.42 | Arrearages: | $187.99 |
| Paid to Trustee: | $13,069.33 | Total Plan Base: | $158,606.72 |
| Funds on Hand: | $2,438.44 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.