United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-16451-pmm

Kenneth P. Robenault  Chapter 13

Donna M. Robenault

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4

Date Rcvd: Dec 12, 2023      Form ID: 138OBJ      Total Noticed: 64

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth P. Robenault, Donna M. Robenault, 1685 Deer Path Road, Easton, PA 18040-8167 |
| 14204767 | | 5 Star Bank/Wyoming, 2851 Clover St, Pittsford, NY 14534-1711 |
| 14204768 | | 5 Star Bank/Wyoming County, 2851 Clover St, Pittsford, NY 14534-1711 |
| 14204769 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 14262540 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14204789 | | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 14204794 | | May M. Robenault, 261 Sunset Ave, Old Bridge, NJ 08857-1128 |
| 14374911 | + | May M. Robenault, c/o Mark C. Van Horn,Esq, 5930 Hamilton Blvd.,, Ste 104, Allentown, PA 18106-9654 |
| 14204797 | | PNC Bank Mortgage Service, PO Box 8703, Dayton, OH 45401-8703 |
| 14568663 | + | Wells Fargo Bank NA, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 13 2023 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 13 2023 00:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14209606 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2023 00:18:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14204771 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2023 00:18:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14222889 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 13 2023 00:18:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14204773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:31:18 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14204774 | | Email/Text: cms-bk@cms-collect.com | Dec 13 2023 00:18:00 | Capital Management Services, LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 14216222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2023 00:31:17 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14204775 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2023 00:31:48 | Capital One Bank USA, NA, PO Box 30281, Salt Lake City, UT 84130-0281 |

Case 18-16451-pmm  Doc 74  Filed 12/14/23  Entered 12/15/23 00:35:32  Desc Imaged
Certificate of Notice  Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2023 | Form ID: 138OBJ | Total Noticed: 64 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14235982 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:32:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14241752 | + | Email/Text: RASEBN@raslg.com | Dec 13 2023 00:18:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14204778 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:31:57 | CitiBank NA, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 14204779 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:32:13 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14204780 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 00:18:00 | Comenity Bank - Victoria's Secret, Bankruptcy Dept., PO Box 182789, Columbus, OH 43218-2789 |
| 14204781 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 00:18:00 | Comenity Bank/Kay Jewelers, PO Box 182789, Columbus, OH 43218-2789 |
| 14204782 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 00:18:00 | Comenity Bank/NWYRK&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 14204783 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 00:18:00 | Comenity Capital Bank/The, PO Box 182120, Columbus, OH 43218-2120 |
| 14204784 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 00:18:00 | Comenity Capital Bank/Zale, PO Box 182120, Columbus, OH 43218-2120 |
| 14204785 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2023 00:18:00 | Comenity Capital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 14204786 | | Email/Text: mrdiscen@discover.com | Dec 13 2023 00:18:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850-5316 |
| 14204787 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:31:15 | DSNB/MACYS, PO Box 8218, Mason, OH 45040-8218 |
| 14210025 | | Email/Text: mrdiscen@discover.com | Dec 13 2023 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14204788 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2023 00:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14204776 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2023 00:31:11 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14204777 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2023 00:31:48 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850-5298 |
| 14204790 | ^ | MEBN | Dec 13 2023 00:15:42 | Kia Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 14204791 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2023 00:18:00 | Kohl's Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14204792 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2023 00:18:00 | Kohl's/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14238067 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:31:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14204793 | | Email/Text: Documentfiling@lciinc.com | Dec 13 2023 00:18:00 | Lending Club Corporation, 21 Stevenson St Ste 300, San Francisco, CA 94105-2706 |
| 14204795 | | Email/PDF: cbp@omf.com | Dec 13 2023 00:31:57 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14242639 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2023 00:18:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14231640 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2023 00:31:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14205471 | + | Email/PDF: rmscedi@recoverycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 13 2023 00:31:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14240864 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14240865 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14204798 | | Email/Text: ngisupport@radiusgs.com | Dec 13 2023 00:18:00 | Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 14204801 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:32:13 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14204802 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:31:16 | SYNCB/American Eagle DC, PO Box 965005, Orlando, FL 32896-5005 |
| 14204803 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:32:12 | SYNCB/GAPDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14204804 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:32:12 | SYNCB/JC Penney DC, PO Box 965007, Orlando, FL 32896-5007 |
| 14204805 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:31:12 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 14204806 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:32:11 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14204807 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:32:11 | SYNCB/ToysRUS DC, PO Box 965001, Orlando, FL 32896-5001 |
| 14204799 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:31:49 | Sears/CBNA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14204800 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:31:49 | Shell/Citibank CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14241928 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 13 2023 00:31:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14793174 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 13 2023 00:31:14 | Synchrony Bank by, AIS InfoSource, LP, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 14237449 | + | Email/Text: bncmail@w-legal.com | Dec 13 2023 00:18:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14204808 | | Email/Text: bncmail@w-legal.com | Dec 13 2023 00:18:00 | TD Bank USA/Target Credit, NCD-0240, PO Box 1470, Minneapolis, MN 55440-1470 |
| 14204809 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:31:17 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14568220 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2023 00:31:09 | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14227659 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2023 00:32:12 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14204810 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 13 2023 00:32:11 | Wells Fargo Home Mortgag, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14204770 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda |

| | | |
|---|---|---|
| | | Finance Corp., 201 Little Falls Dr, Wilmington, DE 19808-1674 |
| 14204772 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14235986 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14568664 | *+ | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 14204796 | ## | Patenaude & Feliz, APC, 4545 Murphy Canyon Rd Fl 3, San Diego, CA 92123-4363 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor WELLS FARGO BANK N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| MARK C. VAN HORN | on behalf of Creditor May M. Robenault mark@mvanhornlaw.com sabrina@mvanhornlaw.com;vanhornmr80883@notify.bestcase.com;vanhorn.markc.b133625@notify.bestcase.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN J. PALOPOLI, III | on behalf of Joint Debtor Donna M. Robenault s.palopoli@verizon.net betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com |
| STEPHEN J. PALOPOLI, III | on behalf of Debtor Kenneth P. Robenault s.palopoli@verizon.net betsylavelle@yahoo.com;palopoli.stephenb129890@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kenneth P. Robenault and Donna M. Robenault

        Debtor(s)

Case No: 18−16451−pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/12/23

71 − 60
Form 138OBJ