**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CASE NO.: 18-16451-PMM |
| KENNETH P. ROBENAULT AND DONNA M. ROBENAULT | CHAPTER 13 |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters his appearance in the above captioned case on behalf of Creditor, May Robenault. Request is made that the documents filed in this case be served on the undersigned at the below address.

MARK VAN HORN LAW OFFICE,

Dated: December 21, 2023

/s/ Matthew Ettinger, Esq.
Matthew Ettinger, Esquire
Attorney I.D. No: 331056
147 N 10th Street
Allentown, PA 18102
(610) 437-2757/(610) 433-6279 (Fax)
matt@mvanhornlaw.com